UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-334-5BO(3)

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
SALIFU JALLOW )

Upon motion of the United States, for good cause shown and
for reasons stated in the motion to transfer, it is hereby ORDERED
that the defendant be transferred to the Eastern District of North
Carolina and held in the custody of the United States Marshal until
such time as the pretrial release order issued by United States
Magistrate Judge Catherine M. Salinas can be reviewed by this
Court.

This ___17___ day of _May_, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE